*ʃu A/~/5*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

PACIFIC LIFE FUNDS and PACIFIC
SELECT FUND,

     Plaintiffs,

vs.

AMERICAN INTERNATIONAL GROUP,
INC., MARTIN J. SULLIVAN, STEVEN J.
BENSINGER, JOSEPH CASSANO,
ANDREW FORSTER, ALAN FROST,
DAVID L. HERZOG, ROBERT LEWIS,
THOMAS ATHAN, STEPHEN F.
BOLLENBACH, MARSHALL A. COHEN,
MARTIN S. FELDSTEIN, ELLEN V.
FUTTER, STEPHEN L. HAMMERMAN,
RICHARD C. HOLBROOKE, FRED H.
LANGHAMMER, GEORGE L. MILES, JR.,
MORRIS W. OFFIT, JAMES F. ORR III,
VIRGINIA M. ROMETTY, MICHAEL H.
SUTTON, EDMUND S.W. TSE, ROBERT B.
WILLUMSTAD, and FRANK G. ZARB,

     Defendants.

Case No. 1:12-cv-6071-LTS-DCF

ECF Case

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 1 5 2012
```

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE AS TO DEFENDANT THOMAS ATHAN

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs hereby

dismiss all claims asserted in the Complaint against Defendant Thomas Athan, without prejudice.

Dated: October 9, 2012.

2394294v1/013077

Respectfully submitted,

SUSMAN GODFREY L.L.P.

By:     /s/ David D. Shank

Stephen D. Susman (SS-8591)
NY State Bar No. 3041712
560 Lexington Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 336-8330
Fax:  (212) 336-8340

Harry P. Susman (*pro hac vice*)
Texas Bar No. 24008875
1000 Louisiana Street, Suite 5100
Houston, Texas 77001
Telephone: (713) 653-9366
Fax: (713) 654-6666

David D. Shank (*pro hac vice*)
Texas Bar No. 24075056
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1935
Fax: (214) 754-1933

Attorneys for Plaintiffs

**SO ORDERED:**

10/15/12
U.S.D.J.